AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Thomasz Szabo  DOB: ▮<br>a/k/a "Plank," "Jonah," and "Cypher"<br>Nemanja Radovanovic  DOB: ▮<br>a/k/a "XBD31," "Thuggin," and "XDR"<br><br>*Defendant(s)* | Case: 1:24-mj-00225<br>Assigned To : Judge Zia M. Faruqui<br>Assign. Date : 7/18/2024<br>Description: COMPLAINT W/ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __Dec. 23, 2023 - Jan. 9, 2024__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 844(n) | Conspiracy to violate 18 U.S.C. § 844. |

This criminal complaint is based on these facts:

See attached affidavit incorporated herein.

☑ Continued on the attached sheet.

_____
Complainant's signature

Levon Epps, Special Agent
_____
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by _telephone_.

Date: __07/18/2024__

_____
Judge's signature

City and state: __Washington, D.C.__

Zia M. Faruqui, U.S. Magistrate Judge
_____
Printed name and title