IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF AN APPLICATION FOR CRIMINAL COMPLAINT AND ARREST WARRANT FOR:<br><br>Thomasz Szabo<br>a/k/a "Plank," "Jonah," and "Cypher"<br>Nemanja Radovanovic<br>a/k/a "XBD31," "Thuggin," and "XDR" | Case No. _____<br><br>**Filed Under Seal** |

## ORDER

The United States has filed a motion to seal the above-captioned complaint and warrant and related documents, including the application and affidavit in support thereof and all attachments thereto and other related materials (collectively the "Arrest Warrant").

The Court finds that the United States has established that a compelling governmental interest exists to justify the requested sealing, and that there is reason to believe that disclosure of the Arrest Warrant would jeopardize the investigation by providing the subject of the investigation an opportunity to destroy evidence or flee and jeopardize the investigation by disclosing the details of facts known to investigators, the identities of witnesses, and the investigative strategy.

IT IS FURTHER ORDERED that, notwithstanding this Order to Seal, the Government may disclose the Arrest Warrant to (1) appropriate U.S. and foreign law enforcement officials and other officials and personnel to the extent that such disclosure is in furtherance of national security or efforts to locate, arrest, detain, transfer, extradite, or expel the defendant, and (2) the court, court officials, and defense counsel in this district or any other appropriate district as necessary to conduct any court proceedings in that district.

4

It is, therefore, this 18th day of August 2024,

ORDERED that the motion is hereby GRANTED, and that the Arrest Warrant, Complaint, Related Documents, the instant motion to seal, and this Order be SEALED until further order of the Court.

_____
ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE