AO 442 (Rev. 11/11) Arrest Warrant

FID 11696076

# UNITED STATES DISTRICT COURT
for the
District of Columbia

**RECEIVED**
By USMS District of Columbia District Court at 11:28 am, Aug 23, 2024

United States of America
v.

Thomasz Szabo
a/k/a "Plank," "Jonah," and "Cypher"

*Defendant*

Case: 1:24-cr-00386
Assigned To : Judge Amy Berman Jackson
Assign. Date : 8/22/2024
Description: Indictment (B)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Thomasz Szabo,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 371 Conspiracy
18 U.S.C. § 844(e), 2 Threats and False Information Regarding Explosives, Aiding and Abetting
18 U.S.C. § 875 (c), 2 Transmitting Threats in Interstate and Foreign Commerce, Aiding and Abetting

Date: 08/22/2024

*Issuing officer's signature*

City and state: Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 8/23/24, and the person was arrested on *(date)* 11/12/24
at *(city and state)* DC

Date: 11/12/24

*Arresting officer's signature*

Trejo  DUSM
*Printed name and title*