**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Criminal No. 24-cr-386-1 (ABJ)** |
| | : | |
| **THOMASZ SZABO** | : | |

## MOTION FOR AN ORDER GRANTING LEAVE TO DISCLOSE GRAND JURY MATERIALS

The United States of America, by and through its undersigned attorney, respectfully moves for entry by this Court of an order permitting the disclosure to the defendant, Thomasz Szabo, and his defense counsel, of certain Grand Jury transcripts and records obtained pursuant to Grand Jury subpoenas.

The government seeks a court order permitting the disclosure of these materials because such disclosure is necessary for the government to comply with its discovery obligations. Under Federal Rule of Criminal Procedure 6(e)(3)(E)(i): "The court may authorize disclosure—at a time, in a manner, and subject to any other conditions that it directs—of a grand-jury matter: (i) preliminarily to or in connection with a judicial proceeding." Rule 6(e)(3)(F) provides certain requirements for a petition under Rule 6(e)(3)(E)(i), including that the petition be filed in the district where the grand jury convened and that the court "must afford a reasonable opportunity to appear and be heard to: (i) an attorney for the government; (ii) the parties [1] to the judicial proceeding; and (iii) any other person whom the court may designate." The government submits that the requirements of Rule 6(e)(3)(F) are satisfied by this motion.

---

[1] The government has conferred with defense counsel, who does not object to entry of the requested order.

The government further submits that such an order is appropriate because some grand jury testimony and records in this case constitute material to which the defendants are entitled as part of their discovery. Accordingly, the government respectfully requests an order authorizing the disclosure of grand jury testimony and records to the defendants and their counsel. *See* Rule 6(e)(3)(E)(i).

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:    */s/ Conor Mulroe*_____
Conor Mulroe
Assistant U.S. Attorney
NY Bar Number 5289640
United States Attorney's Office
601 D Street, NW, 5th Floor
Washington, D.C. 20530
(202) 740-4595
Conor.Mulroe@usdoj.gov