UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No. 24-cr-386-1 (ABJ)** |
| | : | |
| **THOMASZ SZABO** | : | |

## ORDER GRANTING LEAVE TO DISCLOSE GRAND JURY MATERIALS

Having received the government's Motion For an Order Granting Leave to Disclose Grand Jury Materials, in which the government seeks leave from the Court to provide the defense with copies of certain records obtained pursuant to Grand Jury subpoenas and Grand Jury transcripts, in so far as such disclosure is necessary for the government to comply with its discovery obligations, IT IS HEREBY ORDERED THAT: Pursuant to Federal Rule of Criminal Procedure 6(e)(3), the Court authorizes the government to disclose materials relating to witness testimony before, and documents subpoenaed by, the grand jury or grand juries that investigated the above-captioned case.

SO ORDERED this _____ day of _____, 2025.

_____
AMY BERMAN JACKSON
United States District Judge