UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Criminal No. 24-cr-386-1** |
| : | |
| **THOMASZ SZABO,** : | |
| a/k/a "Plank," "Jonah," and "Cypher" : | |
| : | |
| **Defendant.** : | |
| : | |

## JOINT MOTION TO CONTINUE STATUS CONFERENCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia; and the defendant, by and through undersigned defense counsel, respectfully move to continue the status conference currently scheduled for January 23, 2025.

The parties are presently engaged in plea discussions that they anticipate may result in the case being resolved without the necessity of a trial. Additional time is required to continue those discussions, and for the parties to ensure that defense counsel has full access to the very large volume of electronic data that makes up the discovery in this case. Although the parties would be pleased to appear for a status conference to address any matters the Court wishes to raise, neither the government nor the defense believes any issues have arisen that require the Court's intervention at this time.

\* \* \*

Accordingly, the parties jointly request that the status conference be continued approximately sixty days, to a date in or around the week of March 24, 205.

Respectfully submitted,

| | |
|---|---|
| /s/ Nicholas George Madiou<br>Nicholas George Madiou<br>BRENNAN, MCKENNA & LAWLOR, CHARTERED<br>6305 Ivy Lane<br>Suite 700<br>Greenbelt, MD 20770<br>301-474-0044<br>nickmadiou@gmail.com<br><br>*Counsel for Thomasz Szabo* | MATTHEW M. GRAVES<br>UNITED STATES ATTORNEY<br>D.C. Bar No. 481052<br><br>By:  *s/ Conor Mulroe*<br><br>Conor Mulroe<br>Assistant U.S. Attorney<br>NY Bar Number 5289640<br>United States Attorney's Office<br>601 D Street, NW, 5th Floor<br>Washington, D.C. 20530<br>(202) 740-4595<br>Conor.Mulroe@usdoj.gov<br><br>*Counsel for the United States* |