**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA**         *

vs.                                  * Case No.: 24-cr-00386 ABJ

**THOMASZ SZABO**                    *

   **Defendant**                     *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**LINE CONSENTING TO THE EXCLUSION OF TIME**
**UNDER THE SPEEDY TRIAL ACT**

COMES NOW the Defendant, Thomasz Szabo, by and through his attorney, Nicholas G. Madiou, and Brennan, McKenna & Lawlor, Chtd., and respectfully files this line consenting to the exclusion of time under the speedy trial act.  In support of this notice, counsel state the following:

1. A Joint Motion to Continue Status Conference was previously filed in the above referenced matter. *See* ECF Dkt. No. 22.

2. The Court granted that motion and continued the status conference set for March 27, 2025 to May 28, 2025.

3. Mr. Szabo consents to the exclusion of time under the Speedy Trial Act from March 27, 2025 through May 28, 2025.

        Respectfully submitted,

        /s/

        _____

        Nicholas G. Madiou
        Brennan, McKenna & Lawlor, Chtd.
        6305 Ivy Lane, Suite 700
        Greenbelt, Maryland 20770
        (301) 474-0044
        nmadiou@brennanmckenna.com

## CERTIFICATE OF SERVICE

I hereby certify that on this day, March 27, 2025, a copy of the foregoing was sent via ECF to the United States Attorney's Office for the District of Columbia.

        /s/

        _____

        Nicholas G. Madiou