IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| vs. | * Case No.: 24-cr-00386 ABJ |
| THOMASZ SZABO | * |
| Defendant | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING & APPLICABLE DEADLINES

COMES NOW the Defendant, Thomasz Szabo, by and through his attorneys, Nicholas G. Madiou, Esq., and Brennan, McKenna & Lawlor, Chtd., and respectfully requests that this Honorable Court continue the current sentencing date scheduled in this case and all applicable deadlines by approximately 45 days. In support of this motion, counsel states the following.

1. Mr. Szabo is currently scheduled to appear before this Honorable Court for sentencing on Thursday, October 23, 2025 at 9:30 a.m.

2. The sentencing memorandum is currently due on October 13, 2025.

3. Undersigned counsel respectfully files this unopposed motion to continue the sentencing hearing to allow defense counsel additional time to prepare for sentencing. In particular, undersigned counsel requires additional time to investigate facts material to the defense's presentation under 18 U.S.C. § 3553(a).

1

4. Undersigned counsel discussed this request with Assistant United States Attorney, Conor Mulroe, Esq. and is authorized to state that the United States **does not oppose** this postponement request.

5. For these reasons, the parties respectfully ask this Court to continue the current sentencing hearing and all applicable sentencing order deadlines in this case by approximately 45 days.

                         Respectfully submitted,

                         /s/
                         _____
                         Nicholas G. Madiou
                         Bar Number 30176
                         Brennan, McKenna & Lawlor, Chtd.
                         6305 Ivy Lane, Suite 700
                         Greenbelt, Maryland 20770
                         (301) 474-0044
                         nmadiou@brennanmckenna.com

## CERTIFICATE OF SERVICE

I hereby certify that on this day, September 30, 2025, a copy of the foregoing was sent via ECF to the United States Attorney's Office for the District of Maryland.

                         /s/
                         _____
                         Nicholas G. Madiou