IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA   *

vs.   * Case No.: 24-cr-00386 ABJ

THOMASZ SZABO   *

Defendant   *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

COMES NOW the Defendant, Thomasz Szabo, by and through his attorneys, Nicholas G. Madiou, Esq., and Brennan, McKenna & Lawlor, Chtd., and respectfully requests that this Honorable Court continue the current sentencing date scheduled in this case by approximately 90 days. In support of this motion, counsel states the following.

1. Mr. Szabo is currently scheduled to appear before this Honorable Court for sentencing on Tuesday, January 27, 2026 at 10:00 a.m.

2. Undersigned counsel respectfully files this unopposed motion to continue the sentencing hearing to allow defense counsel additional time to advise Mr. Szabo on issues related to his proposed judicial order of removal.

3. Undersigned counsel discussed this request with Assistant United States Attorney, Conor Mulroe, Esq. and is authorized to state that the United States does not oppose this postponement request.

1

4.  For these reasons, undersigned counsel respectfully asks this Court to continue the current sentencing hearing in this case by approximately 90 days.

        Respectfully submitted,

/s/
_____
Nicholas G. Madiou
Bar Number 30176
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
(301) 474-0044
nmadiou@brennanmckenna.com

## CERTIFICATE OF SERVICE

I hereby certify that on this day, January 14, 2026, a copy of the foregoing was sent via ECF to the United States Attorney's Office for the District of Maryland.

/s/
_____
Nicholas G. Madiou