## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**          \*

    **vs.**                                   **\* Case No.: 24-cr-00386 ABJ**

**THOMASZ SZABO**                     \*

    **Defendant**                             \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## <u>ORDER</u>

**UPON** consideration of Defendant's Unopposed Motion to Continue Sentencing Hearing, it is on this _____ day of _____, 2026 hereby:

**ORDERED,** that the motion is **GRANTED**; and it is further

**ORDERED,** that the sentencing now scheduled for Tuesday, January 27, 2026 at 10:00 a.m. in this case is hereby continued by approximately 90 days to a date that is convenient for the Court and all parties.

_____

Judge, United States District Court